**Ronald MCCLARY, Plaintiff-Appellant,**

v.

**Nurse DESANIS, Defendant-Appellee.**

No. 17-7150

United States Court of Appeals, Fourth Circuit.

Submitted: January 24, 2018

Decided: January 29, 2018

Ronald McClary, Appellant Pro Se. Charles Houston Foppiano, Gary Adam Moyers, BATTEN LEE, PLLC, Raleigh, North Carolina, for Appellee.

Before WILKINSON, DUNCAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-sons stated by the district court. *McClary v. DeSanis*, No. 5:15-ct-03230-D (E.D.N.C. Aug. 21, 2017). We dispense with oral ar-gument because the facts and legal conten-tions are adequately presented in the ma-terials before this court and argument would not aid the decisional process.

*AFFIRMED*